*E-Filed 9/28/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:09-CV-1719-RS |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WATERBABIES, LLC, | |
| Defendant. | |

    This matter is before the Court *sua sponte*. The United States, as plaintiff, filed a complaint against defendant Waterbabies, LLC, on April 22, 2009. The complaint and summons were timely served on June 12, 2009. Since that time, defendant has made no appearance, nor has plaintiff filed any pleadings that would otherwise move the case forward.

    In light of these considerations, the Case Management Conference currently scheduled for October 7, 2009, at 2:30 p.m., is hereby vacated. Plaintiff shall appear on **October 7, 2009, at 9:30 a.m.**, in Courtroom 4, United States Courthouse, 280 S. First Street, San Jose, California, and show cause why this case should not be dismissed without prejudice in accordance with Federal Rule of Civil Procedure 4(m). If plaintiff fails to show good reason for his failure to prosecute, the undersigned will recommend that the case be dismissed.

1  IT IS SO ORDERED.

3  Dated: 9/28/09

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California